Case 10-20525   Doc 218   Page 1 of 4

FILED
August 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003707097

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:  (916) 440.6666
Fax: (916) 720.0255
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EATERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**CARL M. JOHNSON and**<br>**SAUNDRA E. JOHNSON**<br><br>Debtors<br><br>_____ | Case No. 10-20525<br>Chapter 11<br>Docket Control No.:  UST-1<br><br>Date:     August 30, 2011<br>Time:    9:32 AM<br>Place:    501 I Street, 6th Floor<br>             Sacramento, CA 95814<br>             Department B – Courtroom 32<br><br>Judge:   Hon. Thomas C. Holman<br><br>**DECLARATION OF DEBTORS IN SUPPORT OF OPPOSITION TO TRUSTEE'S MOTION TO DISMISS** |

Debtors, CARL M. JOHNSON and SAUNDRA E. JOHNSON, in support of opposition to the Trustee's Motion to Dismiss declare as follows:

1. We are not clear as to why, but our experience with our previous attorney began to drastically change.  The signs of this did not occur immediately; but whatever the 'situation' was causing this change, it created a gradual and progressively deteriorating situation within our case.  As a result, normal day to day activities of our case were not occurring whatsoever.  Documents were not being filed, or being filed in a timely manner and any/all communication with counsel or counsel's office came to a halt.  After much consideration, we felt it necessary to seek out new

counsel to assist us through the remainder of our case. Ultimately, we retained C. Anthony Hughes as our new attorney.

2. With regard to late filed Monthly Operating Reports, the explanation is 2-fold. Debtors did, in fact, submit each and every Monthly Operating Report to previous counsel in a timely fashion. They sent each report to their attorney with the assumption that each report was being filed with the Court on time. It has since been made clear to them that the reports were actually not being filed as expected; this being due to the situation at hand within their attorney's office.

However, since retaining new counsel, their Monthly Operating Report for July was filed on time. They have every expectation that all future reports will be filed on time, without issue.

3. Since we decided to retain new counsel, our case has proceeded at top speed. The following activities have occurred:

    Substitution of Attorney (CAH-001)

    Motion to Employ C. Anthony Hughes (CAH-002)

    Motion to Value Property – 519 V Street (CAH-003)

    Motion to Value Property – 1833 William Bird (CAH-004)

    Motion to Value Property #2 – 1833 William Bird (CAH-005)

    Application for Conditional Approval of Combined Plan & Disclosure Statement (CAH-007)

    Motion to Value Property #3 – 1833 William Bird (CAH-008)

    Timely filing of the Monthly Operating Report

    Amended Schedules & Budget (as seen in Exhibit A)

Clearly, our case is being expedited without delay, since we decided to change our attorney.

4. With regard to our ability to effectuate a plan, there appears to be some confusion. The net number on our Monthly Operating Reports includes on-going deferred maintenance on our primary residence and rental properties. At the time of filing this Chapter 11 bankruptcy, the properties needed repairs as required by county regulation, as well as to maintain property integrity and value. Early in their case, they understood that it was best to redeploy as much of their net back into the properties. As this case has been lengthy, we have been able to resolve these issues. These expenses have been explained each month in our Monthly Operating Reports and receipts can be provided upon request to substantiate this. Consequently, they had not been advised to do otherwise with their net monies, which created the apparent appearance that we are not able to afford the plan payment. This is seen in the Amended Schedules & Budget (see Exhibit A). That being the case, to clarify, we are capable of affording and maintaining the plan payment suggested in the amended Plan & Disclosure Statement filed on August 1, 2011.

We are so tired of being in Bankruptcy and we dread the thought of having to go through it again if this case gets dismissed. We feel we have done everything we could possibly do as a good Bankruptcy client. We did everything our previous Attorney asked us to do.

We are so glad to have Anthony Hughes moving so fast on our case. He answers our calls every time and he helps us to review documents quickly and sign and return them to him. He has been willing to work evenings with us after we get off work, and work on weekends to move as fast as possible in this case. Please give him a chance to help us get our case concluded quickly. We have no interest in delaying the process and we want to get a confirmed plan as soon as possible.

In re: JOHNSON
10-20525

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Sacramento, California on August 16, 2011.

By: _____    By: _____
CARL M. JOHNSON                  SAUNDRA E. JOHNSON