Case 10-20525   Doc 219   Page 1 of 7

FILED
August 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003707099

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:  (916) 440.6666
Fax: (916) 720.0255
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**CARL M. JOHNSON and**<br>**SAUNDRA E. JOHNSON**<br><br><br>   Debtors | Case No. 10-20525<br>Chapter 11<br>Docket Control No.:  UST-1<br><br>Hearing: August 30, 2011<br>Time:       9:32 AM<br>Place:      501 I Street, 6th Floor<br>                Sacramento, CA 95814<br>                Dept B  -  Courtroom 32<br><br>Judge:     Hon. Thomas C. Holman<br><br>**EXHIBIT  IN SUPPORT OF OPPOSTION TO TRUSTEE'S MOTION TO DISMISS** |

Exhibits A is incorporated for reference in the Opposition to Trustee's Motion to Dismiss as follows:

   Exhibit A  -  Amended Schedules

August 16, 2011                                             By:   /s/ C. Anthony Hughes
Sacramento, California                                              C. Anthony Hughes
                                                                              Attorney for Debtor

Exhibit A – Amended Schedules

In re: Johnson
10-20525

# United States Bankruptcy Court
## Eastern District of California

In re: CARL JOHNSON and SAUNDRA JOHNSON
Debtor(s)

Case No.
Chapter 11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- [ ] Petition
- [ ] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [x] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A [ ] B [ ] C [ ] D [ ] E [ ] F [ ] G [ ] H [x] I [x] J
- [ ] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

**REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
- [ ] To add pre-petition creditors, delete creditors, change amounts owed or classifications of debt (**$26.00 fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors *must* be accompanied by an amended matrix listing only the creditors added or changed.
- [x] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: August 16, 2011

Attorney's [or *Pro Se* Debtor's] Signature:
Printed Name: Anthony Hughes
Mailing Address: 1395 Garden Highway Ste 150, Sacramento, CA 95833

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 4 pages, is true and correct to the best of my(our) information and belief.

Dated: August 16, 2011
CARL JOHNSON
Debtor's Signature

Dated: August 16, 2011
Joint Debtor's Signature

B6I (Official Form 6I) (12/07)

In re **CARL JOHNSON** _____  Case No. _____
                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | State of California | State of California |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 5,624.56 | $ 4,065.84 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 5,624.56 | $ 4,065.84 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 542.09 | $ 291.86 |
|    b. Insurance | $ 34.60 | $ 0.00 |
|    c. Union dues | $ 84.37 | $ 58.89 |
|    d. Other (Specify) **See Detailed Income Attachment** | $ 1,172.55 | $ 759.10 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,833.61 | $ 1,109.85 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,790.95 | $ 2,955.99 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **William Bird property rental income (net before mortgage)** | $ 1,800.00 | $ 0.00 |
| **V Street property rental income (net before mortgage)** | $ 900.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,700.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,490.95 | $ 2,955.99 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,446.94 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re **CARL JOHNSON**            Case No. _____
                            Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| Retirement | $ 408.92 | $ 273.03 |
| 457 Plan | $ 50.00 | $ 0.00 |
| 401K Plan | $ 50.00 | $ 0.00 |
| Fed Tax Adj | $ 300.00 | $ 200.00 |
| State Tax Adj | $ 150.00 | $ 100.00 |
| 401K Loan | $ 84.37 | $ 0.00 |
| 457 Loan | $ 89.42 | $ 0.00 |
| PERS Supplemental | $ 25.00 | $ 0.00 |
| Charitable Contribution | $ 5.00 | $ 2.00 |
| Insurance | $ 9.84 | $ 17.39 |
| Parking | $ 0.00 | $ 105.00 |
| PERS Direct Deposit | $ 0.00 | $ 61.68 |
| **Total Other Payroll Deductions** | **$ 1,172.55** | **$ 759.10** |

B6J (Official Form 6J) (12/07)
**CARL JOHNSON**

In re _____    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?    Yes ___    No  X | |
|    b. Is property insurance included?    Yes ___    No  X | |
| 2. Utilities:    a. Electricity and heating fuel | $ 150.00 |
|               b. Water and sewer | $ 150.00 |
|               c. Telephone | $ 180.00 |
|               d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 140.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 180.00 |
| 10. Charitable contributions | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $ 80.00 |
|         b. Life | $ 0.00 |
|         c. Health | $ 0.00 |
|         d. Auto | $ 350.00 |
|         e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto | $ 0.00 |
|         b. Other  **See Detailed Expense Attachment** | $ 5,856.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Savings and buffer and additonal contr. to retirement** | $ 740.94 |
|     Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 9,446.94 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Daughter is on car insurance also. residence on v street is duplex. net rental income projected includes vacancy factor and rental property projected expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ 9,446.94 |
| b.  Average monthly expenses from Line 18 above | $ 9,446.94 |
| c.  Monthly net income (a. minus b.) | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re **CARL JOHNSON** _____  Case No. _____
                           Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| Class 1 mortgage payment (residence) | $ 1,470.00 |
| Class 2 Mortgage payment (rental) | $ 2,221.00 |
| Class 3 (unsec portion of bifurcated claims) | $ 1,000.00 |
| Class 5 (unsec payment) | $ 50.00 |
| Priority tax debt- IRS 150 | $ 150.00 |
| Priority tax debt- FTB 65 | $ 65.00 |
| Projected property tax payment William Bird | $ 450.00 |
| Projected property tax payment on V street | $ 450.00 |
| **Total Other Installment Payments** | **$ 5,856.00** |