FILED
August 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003729511

3

PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
JOSEPH GARIBYAN, ESQUIRE #271833
BONNIE S. MANTOVANI, ESQUIRE #106353
LALEH ENSAFI, ESQUIRE #268917
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0101 facsimile
B.505-091
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 10-20525-B |
| | ) |
| CARL MARTIN JOHNSON and SAUNDRA ELAINE JOHNSON aka SAUNDRA RUDOLPH-SMITH aka SAUNDRA SMITH, | ) Chapter 11 |
| | ) |
| | ) Docket Control No.: CAH-004 |
| Debtors. | ) |
| | ) Hearing – |
| | ) Date : August 30, 2011 |
| | ) Time : 9:32 a.m. |
| | ) Place : U.S. Bankruptcy Court |
| | )         501 I Street, 6th Floor |
| | )         Sacramento, CA |
| | )         Courtroom 32 Dept. B |
| | ) Judge: Thomas Holman |
| | ) |
| _____ | ) |

**OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL OF TO BAC HOME LOANS SERVCIING, LP, FIRST POSITION**

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP , its assignees and/or successors in interest, secured creditor in the above-entitled Bankruptcy proceeding (hereinafter "Secured Creditor"), holds a lien on the subject property generally described as 1833 William Bird Avenue, Sacramento, California, and hereby submits the

following Opposition to Debtors' Motion to Value Collateral of BAC Home Loans Servicing, LP, First Position (hereinafter "Motion to Value"):

I.  **STATEMENT OF FACTS**

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, is the current payee of a Promissory Note dated October 7, 2004 in the original principal amount of $373,600.00 ("Note" herein) secured by a First Deed of Trust ("Deed of Trust" herein) upon real property generally described as 1833 William Bird Avenue, Sacramento, California and legally described as set forth in the Deed of Trust ("Subject Property" herein).  Secured Creditor filed a secured proof of claim in the sum of $457,588.63.  Secured Creditor respectfully requests for this Court to take Judicial Notice of Proof of Claim 24 filed on August 12, 2011, pursuant to F.R.E. 201, and attached hereto as **Exhibit "1"**.

Debtors, Carl Martin Johnson and Saundra Elaine Johnson (hereinafter "Debtors") filed their Voluntary Chapter 13 Petition in Bankruptcy with this Court on or about January 10, 2010.

Debtors filed the instant Motion to Value on August 1, 2011.

Secured Creditor's Objections to the Motion to Value are as follows.

II.  **DEBTORS' VALUATION IS UNRELIABLE AND SECURED CREDITOR RESPECTFULLY REQUESTS ADDITIONAL TIME TO CONDUCT ITS OWN APPRAISAL**

Debtors' Motion to Value alleges that Subject Property has a fair market value of $310,000.00 based on Debtors' lay opinion.  The probative value of Debtors' opinion as to the value of the Subject Property is low and is unreliable, since the Debtors have a financial interest to claim the lowest amount possible.  Secured Creditor respectfully requests this honorable Court to be allowed to supplement this opposition with its own Appraisal, which it is currently in the

Opposition to Debtors' Motion to Value Collateral

2

process of obtaining.

**IV.    CONCLUSION**

Based on the foregoing facts and applicable law, Secured Creditor respectfully requests:

1. That Debtors' valuation of subject property be struck as improper;

2. That Debtors' Motion to Value be denied;

3. Or in the alternative, for Secured Creditor to have more time to file a proper appraisal;

4. That an evidentiary hearing be set regarding debtor's use of Subject Property;

5. For such other relief as this Court deems appropriate.

Dated: August 26, 2011             Prober & Raphael, A Law Corporation

By /s/ Joseph Garibyan, Esq.
Attorneys for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.505-091

Opposition to Debtors' Motion to Value Collateral